### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nancy T. Frizzell <br>                 Debtor | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing <br>                 Movant <br>                 vs. | |
| Nancy T. Frizzell             Debtor | NO. 18-15149 REF |
| Brian D. Frizzell              Co-Debtor | |
| Scott F. Waterman, Esq.     Trustee | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 2417 Dewey Avenue, Northampton, PA 18067 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: May 3, 2019**

_____
United States Bankruptcy Judge.