United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-15149-ref
Nancy T. Frizzell                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR                 Page 1 of 1                  Date Rcvd: May 03, 2019
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.
db             +Nancy T. Frizzell,    2417 Dewey Avenue,    Northampton, PA 18067-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 04 2019 02:51:16      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Nancy T. Frizzell support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Nancy T. Frizzell<br>        Debtor | | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>        Movant<br>        vs. | | NO. 18-15149 REF |
| Nancy T. Frizzell            Debtor | | |
| Brian D. Frizzell           Co-Debtor | | |
| Scott F. Waterman, Esq.    Trustee | | 11 U.S.C. Sections 362 and 1301 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 2417 Dewey Avenue, Northampton, PA 18067 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: May 3, 2019**

_____
United States Bankruptcy Judge.