*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nancy T. Frizzell
    Debtor(s)

Case No: 18–15149–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING [16] Motion to Dismiss Case. feasibility and under funding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel).

    on: 7/23/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/7/19

Timothy B. McGrath
Clerk of Court

30 – 16
Form 167