United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-15149-elf
Nancy T. Frizzell                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Nancy          Page 1 of 2              Date Rcvd: Jun 07, 2019
                              Form ID: 167         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
```
db             +Nancy T. Frizzell,    2417 Dewey Avenue,    Northampton, PA 18067-1132
14196732        CACH, LLC its successors and assigns as assignee,    of General Electric Capital Corporation,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14202302        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14186010       +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14176677       +First Commonwealth Fcu,    257 Brodhead Rd,    Bethlehem, PA 18017-8938
14276015       +New Penn Financial LLC d/b/a Shellpoint Mortgage S,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14212576        New Penn Financial, LLC d/b/a Shellpoint Mortgage,    PO Box 10826,    Greenville SC 29603-0826
14176682       +Regency Cons Disc Co I,    1830 Stefko Blvd,    Bethlehem, PA 18017-6235
14176684        Resurgent Capital Services,    C/o Resurgent Capital Services,    Greenville, SC 29602
14176686       +Santander Bank Na,    Po Box 12646,    Reading, PA 19612-2646
14176685       +Santander Bank Na,    Attn: Bankruptcy,    Po Box 12646,    Readiing, PA 19612-2646
14176687       +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14176688       +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
14176690       +Shellpoint Mortgage Servicing,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
14176689       +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14176671        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:35:52      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14176672       +E-mail/Text: jsanders@cksfin.com Jun 08 2019 03:27:57       CKS Financial,    PO Box 2856,
                 Chesapeake, VA 23327-2856
14176669       +E-mail/Text: bnc-capio@quantum3group.com Jun 08 2019 03:28:27       Capio Partners LLC,
                 3400 Texoma Pkwy Ste 100,    Sherman, TX 75090-1916
14176668       +E-mail/Text: bnc-capio@quantum3group.com Jun 08 2019 03:28:27       Capio Partners LLC,
                 Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14176670       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:34:51      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14176673        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 08 2019 03:27:50       Comenity Capital Bank/HSN,
                 Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
14176674       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 08 2019 03:27:50       Comenity Capital Bank/HSN,
                 Po Box 182120,    Columbus, OH 43218-2120
14176675       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 08 2019 03:34:56      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14176676       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 08 2019 03:34:11      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14176678       +E-mail/Text: cs.bankruptcy@jmcbiz.com Jun 08 2019 03:29:23       Joseph Mann & Creed,
                 8948 Canyon Falls Blvd S,    Twinsburg, OH 44087-1900
14176679       +E-mail/Text: bncnotices@becket-lee.com Jun 08 2019 03:27:36       Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14176680       +E-mail/Text: bncnotices@becket-lee.com Jun 08 2019 03:27:36       Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14209981        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 08 2019 03:34:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14176681       +E-mail/Text: bnc-capio@quantum3group.com Jun 08 2019 03:28:27
                 Law Offices of Mitchell D. Bluhm & Assoc,    PO Box 3269,    Sherman, TX 75091-3269
14191661        E-mail/Text: bnc-quantum@quantum3group.com Jun 08 2019 03:27:54
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14176683       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 08 2019 03:35:00
                 Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
14176943       +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2019 03:35:44       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14176692       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 08 2019 03:27:25
                 Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
14176691       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 08 2019 03:27:25
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Nancy                Page 2 of 2               Date Rcvd: Jun 07, 2019
                              Form ID: 167               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Nancy T. Frizzell support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nancy T. Frizzell
    Debtor(s)

Case No: 18−15149−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING [16] Motion to Dismiss Case. feasibility and under funding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel).

on: 7/23/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/7/19

Timothy B. McGrath
Clerk of Court

30 − 16
Form 167