United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15149-elf
Nancy T. Frizzell                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 2             Date Rcvd: Jul 24, 2019
                              Form ID: pdf900           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
```
db         +Nancy T. Frizzell,    2417 Dewey Avenue,    Northampton, PA 18067-1132
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14196732    CACH, LLC its successors and assigns as assignee,    of General Electric Capital Corporation,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14202302    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14186010   +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14176677   +First Commonwealth Fcu,    257 Brodhead Rd,    Bethlehem, PA 18017-8938
14276015   +New Penn Financial LLC d/b/a Shellpoint Mortgage S,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
14212576    New Penn Financial, LLC d/b/a Shellpoint Mortgage,    PO Box 10826,    Greenville SC 29603-0826
14176682   +Regency Cons Disc Co I,    1830 Stefko Blvd,    Bethlehem, PA 18017-6235
14176684    Resurgent Capital Services,    C/o Resurgent Capital Services,    Greenville, SC 29602
14176686   +Santander Bank Na,    Po Box 12646,    Reading, PA 19612-2646
14176685   +Santander Bank Na,    Attn: Bankruptcy,    Po Box 12646,    Reading, PA 19612-2646
14176687   +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14176688   +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
14176690   +Shellpoint Mortgage Servicing,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
14176689   +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2019 03:05:07
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2019 03:05:18      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14176671    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2019 03:02:22      Capital One,
             15000 Capital One Dr,    Richmond, VA 23238
14176672   +E-mail/Text: jsanders@cksfin.com Jul 25 2019 03:05:02     CKS Financial,    PO Box 2856,
             Chesapeake, VA 23327-2856
14176669   +E-mail/Text: bnc-capio@quantum3group.com Jul 25 2019 03:05:11      Capio Partners LLC,
             3400 Texoma Pkwy Ste 100,    Sherman, TX 75090-1916
14176668   +E-mail/Text: bnc-capio@quantum3group.com Jul 25 2019 03:05:12      Capio Partners LLC,
             Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14176670    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2019 03:00:56      Capital One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14176673    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2019 03:05:01      Comenity Capital Bank/HSN,
             Attn:  Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
14176674   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2019 03:05:01      Comenity Capital Bank/HSN,
             Po Box 182120,    Columbus, OH 43218-2120
14176675   +E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2019 03:01:42      Credit One Bank,
             Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14176676   +E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2019 03:01:42      Credit One Bank,
             Po Box 98872,    Las Vegas, NV 89193-8872
14176678   +E-mail/Text: cs.bankruptcy@jmcbiz.com Jul 25 2019 03:05:28      Joseph Mann & Creed,
             8948 Canyon Falls Blvd S,    Twinsburg, OH 44087-1900
14176679   +E-mail/Text: bncnotices@becket-lee.com Jul 25 2019 03:04:57      Kohls/Capital One,
             Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14176680   +E-mail/Text: bncnotices@becket-lee.com Jul 25 2019 03:04:57      Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14209981    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2019 03:01:42
             LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
             FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14176681   +E-mail/Text: bnc-capio@quantum3group.com Jul 25 2019 03:05:12
             Law Offices of Mitchell D. Bluhm & Assoc,    PO Box 3269,    Sherman, TX 75091-3269
14191661    E-mail/Text: bnc-quantum@quantum3group.com Jul 25 2019 03:05:02
             Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14176683   +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2019 03:02:25
             Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
14176943   +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 03:01:39     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14176692   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 25 2019 03:04:54
             Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
14176691   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 25 2019 03:04:54
             Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
             Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 21
```

```
District/off: 0313-4          User: Stacey              Page 2 of 2                  Date Rcvd: Jul 24, 2019
                              Form ID: pdf900           Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Nancy T. Frizzell support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  NANCY T. FRIZZELL

:  Chapter 13
:
**Debtor**   :  Bky. No.   18-15149    ELF

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  7/23/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**